AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

BROOKSTONE COMPANY, INC.
    Plaintiff

V.

DILLARD'S INC.,
    Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 CV 12508 RCL

TO: (Name and address of Defendant)

    Dillard's Inc.
    1600 Cantrell Road
    Little Rock, Arkansas   72201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan D. Cohen, Esq.
Greenberg Traurig, LLP
One International Place -20th Floor
Boston, MA   02110

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE: DEC 12 2003

(By) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

**State of Massachusetts**              County of                              U.S. District Court

Case Number: 03-12508 RCL

Plaintiff:
**BROOKSTONE COMPANY, INC.**
vs.
Defendant:
**DILLARD'S INC.**

For:
Jonathan Cohen
Greenberg Traurig, LLP
One International Place
20th Floor
Boston, MA  02110

Received by ACTION PROCESS SERVICE on the 8th day of January, 2004 at 12:56 pm to be served on **DILLARD'S, INC. BY SERVING THE AGENT FOR SERVICE, THE CORPORATION COMPANY AT: 425 WEST CAPITOL AVENUE, STE 1700, LITTLE ROCK, AR 72201**.

I, Loretta Foster, being duly sworn, depose and say that on the **9th day of January, 2004 at 11:45 am**, I:

Served the within named corporation by delivering a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT AND JURY DEMAND, CIVIL ACTION COVER SHEET, CATEGORY SHEET; AND REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK.** with the date and hour of service endorsed thereon by me to THE CORPORATION COMPANY as THE AGENT FOR SERVICE of the within named corporation, in compliance with State Statutes.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

the 9th day of January, 2004

NOTARY PUBLIC

Loretta Foster
Process Server LF-47

ACTION PROCESS SERVICE
3215 Laredo Drive
Little Rock, AR  72206
(501) 888-5706

Our Job Serial Number: 2004000018
Ref: Brookstone Company, INC.

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f