UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BROOKSTONE COMPANY, INC.,
Plaintiff,

v.

DILLARD'S INC.,
Defendant.

Civil Action No. 03-CV-12508-RCL



## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff Brookstone Company, Inc. ("Brookstone") hereby dismisses this action against Defendant, Dillard's Inc. ("Dillard's"). In support hereof, Brookstone states that Dillard's has not served an answer or motion for summary judgment.

Respectfully Submitted,

BROOKSTONE COMPANY INC.
By Its Attorneys,

Jonathan D. Cohen BBO No. 600081
GREENBERG TRAURIG LLP
One International Place – 20th Floor
Boston, MA 02110
(617) 310-6000

and

George G. Matava
Brian A. Carpenter
Shelley K. Barton
GREENBERG TRAURIG LLP
1200 Seventeenth Street, Suite 2400
Denver, CO 80202
(303) 572-6500

# GREENBERG TRAURIG
ATTORNEYS AT LAW

FILED
IN CLERK'S OFFICE
2004 JAN 28  P 3: 04
U.S. DISTRICT COURT
DISTRICT OF MASS.

Jonathan D. Cohen
cohenjo@gtlaw.com
617-310-6046

January 27, 2004

Civil Clerk
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Brookstone Company, Inc. v. Dillard's Inc.
      C.A. 03-12508-RCL

Dear Sir/Madam:

Enclosed please find for filing in the above-referenced matter a Notice of Dismissal.

Thank you for your assistance in this matter.

Very truly yours,

Jonathan D. Cohen

Enclosure
cc:   Daniel Burke, Esq.
      Dean L. Worley, Esq.

GREENBERG TRAURIG, LLP
ONE INTERNATIONAL PLACE 3RD FLOOR BOSTON, MASSACHUSETTS 02110
617-310-6000   FAX 617-310-6001   www.gtlaw.com
MIAMI  NEW YORK  WASHINGTON, D.C.  ATLANTA  PHILADELPHIA  TYSONS CORNER  CHICAGO  BOSTON  PHOENIX  WILMINGTON  LOS ANGELES  DENVER
FORT LAUDERDALE  BOCA RATON  WEST PALM BEACH  ORLANDO  TALLAHASSEE